UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DEVON MARZINE WILLIAMS**, <br><br> Plaintiff, <br><br> vs. <br><br> **SHAWN PATRICK SMITH**, <br><br> Defendant. | **2:21-CV-11310-TGB-KGA** |

# JUDGMENT

For the reasons given in the Order entered on this date, the complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan, this 30th day of November, 2021.

                                           KINIKIA ESSIX
                                           CLERK OF THE COURT

                                           s/A. Chubb
                                           Case Manager and Deputy Clerk

APPROVED:

s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE